UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE SCOTTS COMPANY LLC,**

    **Plaintiff,**

    v.

**ACRONYM MEDIA, INC.,** *et al.***,**

    **Defendants.**

:

:

Case No. 2:25-cv-501
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

In a January 2, 2026 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss Plaintiff The Scotts Company LLC's claims against John Does #1–#5 for failure to timely effect service of process under Federal Rule of Civil Procedure 4(m). (ECF No. 33.) Plaintiff was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff's claims against John Does #1–#5 are **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON, CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**